**Entered on Docket**
**December 10, 2010**

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
HSBC Bank USA, NA, as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass
Through Certificates Series 2005-AR5
09-72841

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Rocael Najera-Monroy and Elsa Gonzalez De
Najera

                         Debtors.

BK-S-09-16838-lbr

MS Motion No. 63
Date: December 8, 2010
Time: 10:30 a.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing

in the above-entitled Court, all appearances as noted on court record, and based upon all the

papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the

post-petition arrearages currently due as follows:

| | |
|---|---|
| 2 Monthly Payments at $1,270.71 (September 1, 2010 - November 1, 2010) | $2,541.42 |
| 2 Late Charges at $45.11 (September 1, 2010 - November 1, 2010) | $90.22 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $650.00 |
| Suspense Amount | ($108.66) |
| Total | $3,322.98 |

The total arrearage shall be paid in six monthly installments. Payments one

through five (1-5) in the amount of $553.83 shall be in addition to the regular monthly payment

and shall be due on or before the 20th day of the month commencing with the December 20,

2010 payment and continuing throughout and concluding on or before April 20, 2011. The sixth

final payment in the amount of $553.83 shall be paid on or before May 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor

shall give Debtors at least fourteen business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume

and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan,

beginning with the December 1, 2010, payment, on Secured Creditor's Trust obligation,

encumbering the subject Property, generally described as 1335 Clagett Ln. , Las Vegas,  NV

89110, and legally described as follows:

Lot Twenty-Eight (28) in Block Three (3) of SHEAKER HEIGHTS UNIT 6, as shown by
Map thereof on file in Book 36 of Plats, page 32, in the office of the County Recorder of
Clark County, Nevada.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make

any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

Condition.  For each such Declaration Re Breach of Condition filed, there shall be assessed an

attorney fees of $100.00, to be paid by the Debtors upon any reinstatement.  If upon the sixteenth

(16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

1  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

2  State Law, and take any action necessary to obtain complete possession thereof.

3

4  Submitted by:

5  WILDE & ASSOCIATES

6

7  By_____

8          GREGORY L. WILDE, ESQ.
           Attorneys for Secured Creditor
           212 South Jones Boulevard
9          Las Vegas, Nevada 89107

10  APPROVED AS TO FORM & CONTENT:

11  Kathleen A Leavitt                        Randolph Goldberg

12  By_____         By_____

13
    Kathleen A Leavitt                        Randolph Goldberg
14  Chapter 13 Trustee                        Attorney for Debtors
    201 Las Vegas Blvd., So. #200             4000 S. Eastern Ave., #200
15  Las Vegas, NV 89101                       Las Vegas, NV 89119

16

17                                            Nevada Bar No. _10972_

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__✗__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

__✗__ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

__✗__ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor